U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 OCT 21  P 3: 21

STEPHEN C. DRIES
CLERK

# COMPLAINT

### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

D'ANGELO ROGERS

v.

(Full name of defendant(s))

Beloit Police Department

Rock County JAIL

Rock county District Attorney's office

Case Number:

**19-C-1542**

(to be supplied by Clerk of Court)

---

## A.  PARTIES

1.  Plaintiff is a citizen of __WISCONSIN__, and is located at
                                                (State)

Dodge correctional P.O. Box 700 Waupun WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant __Rock county District Attorney office__
                                                                    (Name)

is (if a person or private corporation) a citizen of WISCONSIN
(State, if known)

and (if a person) resides at ROCK County
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Rock county D.A office, Rock county sheriffs office, Beloit Police Dept.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

Plantiff D'angelo Rogers is an inmate at Dodge correctional Inst. in waupun WI. On october 18th 2017 Rogers was arrested by the beloit Police dept and charged with Attempt murder as party to a crime. Det. Davies of (BPD) was lead detective and provided no physical Evidence in the crime to charge Rogers. District Attorney Mary Brices and Asst District Anne Mack pursued these charges off of hear say which never implicated Rogers in A crime. Rogers professed his innocence with a claim of black male by the victum who wanted SOC because Rogers was friends with the suspected shooter. Phone Records that were establishd as not being Rogers were labeled illegally with his name and used in cart and Revocation hearing. His Cell was scorched numerous times on requests

by the D.A. which officers went through legal documents without Rogers approval or presence. On more than one occasion Rock county officers stuffed papers falsely involving Rogers in documents purported to be found in a hallway that Rogers had not occupied that day. This was done with malicious intent to secure a conviction for the state. Rogers was cleared of all charges In June of 2018. He was illegally detained from October 2017 to June 2018 for crimes that were proven he did not commit. He lost wages for a construction job paying $45.00 an hour. Rogers is terrified of law enforcement which is hindering his probation and parole. He has absconded probation since the incident in question for fear that law enforcement will retaliate because of the dismissal of charges. He is seeking damages for all of the above.

C.    JURISDICTION

☑   I am suing for a violation of federal law under 28 U.S.C. § 1331.

            OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are)
    different from the state citizenship of every defendant, and the amount of
    money at stake in this case (not counting interest and costs) is
    $_____.

D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or to
stop doing something.

I would like $350,000 for lost wages pain and
emotional stress and illegal arrest for 8 months, Future
doctor bill payments and counseling and Thearpy and I
want Mary Bricco and Anne Nack to be disbarred for
Malpractice along with disciplinary actions taken upon
Sheriff Spoden who I wrote Grievances to about the
Issue of document purported to be found in his jail,
Detective Davies should be demoted if not fired for not
gathering proper information and evidence to charge me
and pay a substancial portion of the damages

E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___13___ day of ___October___ 20_19_.

Respectfully Submitted,

*Danylo Hoynus*

Signature of Plaintiff

542600

Plaintiff's Prisoner ID Number

Dodge Correctional Center

P.O Box 700 Waupun WI 53963

(Mailing Address of Plaintiff)


(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.